UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SUNDEE MARIE McCLANAHAN,

      Defendant,
      _____/

Case No.: 2:21-CR-102-TPB-NPM

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Yolande Viacava |
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | James Lappan |
| **Court Reporter** | Digital | **Pretrial/ Probation** | William Delgadillo |
| **Date/Time** | July 29, 2025 2:15 PM | **Interpreter** | |
| **Bench Time** | 2:16 PM-2:31 PM 15 minutes | | |

### CLERK'S MINUTES – INITIAL APPEARANCE (REVOCATION)

Defendant appearing via a violation on an existing violation of supervised release and the Court reviews the docket, as stated on record to clarify.

Defendant advised of rights, charges, penalties, etc.

**DETENTION**
Government is not seeking detention but requests conditions of release.

Defendant responds and makes remarks; however, no objection is made to the additional conditions.

**ORDER SETTING ADDITIONAL CONDITIONS OF RELEASE TO ENTER.**